# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR. NO. 1:13-CR-00096 |
| § | |
| JUAN SAENZ-TAMEZ § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES, JUAN SAENZ-TAMEZ**, Defendant in the above numbered and entitled action and respectfully requests the Court to take notice that he has retained attorney **CRISPIN (C.J.) QUINTANILLA** to appear as lead attorney for him. Mr. Quintanilla had previously filed his Application To Appear Pro Hac Vice, and it was approved on October 17, 2014. We hereby request, that all notices and correspondence be submitted to the following address:

**GARCIA, QUINTANILLA & PALACIOS**
5526 N. Tenth Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Fax
gqplaw@yahoo.com

Respectfully Submitted,

**LAW OFFICES OF**
**GARCIA, QUINTANILLA & PALACIOS**
5526 North Tenth Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile

**/S/CRISPIN (C.J.) QUINTANILLA**
**CRISPIN (C.J.) QUINTANILLA**
State Bar of Texas No. 16436330
Federal I.D. No. 12431