| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:13CR00096-1 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Juan Saenz-Tamez | DISTRICT<br>Eastern District of Texas | DIVISION<br>Beaumont Division |

NAME OF SENTENCING JUDGE

The Honorable Marcia A. Crone
U.S. District Judge

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br><br>December 4, 2023 | TO<br><br>December 3, 2028 |

OFFENSE

Count 1: 21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine HCl

Count 2: 21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute 1,000 Kilograms or More of Marijuana

Count 3: 18 USC § 1956(h) – Conspiracy to Launder Monetary Instruments

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Currently stability in supervising district and no ties or intentions of returning to sentencing district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| _____4/2/24_____<br>*Date* | *Marcia A. Crone*<br>_____<br>*U.S. District Judge Marcia A. Crone* |

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 08, 2024<br>_____<br>*Effective Date* | *Lee H. Rosenthal*<br>_____<br>*United States District Judge* |